UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

KEVIN SHORT,

    Plaintiff,

v.

NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,

    Defendant.

Case No. C18-5112-JPD

ORDER DIRECTING THE CLERK TO SEAL AND DIRECTING PLAINTIFF TO COMPLY WITH LCR 5.2

This matter comes before the Court upon the June 29, 2018 filing of plaintiff's opening brief, which does not fully comply with LCR 5.2(a). Dkt. 10. Specifically, Exhibit A to plaintiff's opening brief contains unredacted personal data identifiers, *i.e.,* social security numbers, on pages 14-24. *See* LCR 5.2(a).

Accordingly, the Court ORDERS as follows:

1) The Clerk is directed to **SEAL** plaintiff's opening brief, Dkt. 10, as it contains personal data identifiers that should have been redacted pursuant to LCR 5.2(a).

2) Plaintiff is directed to re-file the opening brief in a manner that complies with LCR 5.2(a), **by no later than July 6, 2018**. Specifically, plaintiff is to redact the following personal data identifiers**: all social security numbers**. *See* LCR 5.2(a).

//

ORDER
PAGE - 1

3) The Clerk is directed to send a copy of this Order to plaintiff and counsel for defendant.

DATED this 2nd day of July, 2018.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
United States Magistrate Judge