UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN SHORT,

               Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

Case No. C18-5112 MLP

ORDER

       This matter comes before the Court on remand from the Ninth Circuit, with instructions to vacate the Commissioner's decision and remand under sentence six of 42 U.SC. 405(g) for further consideration of the 2017 VA disability rating decision and the compensation and pension examinations. The administrative law judge shall consider this evidence and reconsider any part of the Commissioner's decision impacted by that evidence.

       The Court will retain jurisdiction over the action pending further administrative proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89, 98-102 (1991). If the outcome of those proceedings is unfavorable to Plaintiff, he may seek judicial review by reinstating this case rather than by filing a new complaint. If the outcome is favorable to Plaintiff, the parties will move this Court for entry of judgment.

ORDER - 1

Dated this 4th day of May, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2